Christopher Richter, Appellee, v. Lincoln L. Whitson, Appellant.

Gen. No. 14,134.

This was an action on the case to recover damages alleged to have been sustained through false and fraudulent representations as to title.

*Held*, that if one recklessly makes to another a false representation that a certain person had good title to particular lands when he knew nothing about such title, for the fraudulent purpose of inducing the party to whom such representations were made to rely thereon, etc., and that such representations were in fact relied upon etc., then an action might lie.

Action on the case. Appeal from the Circuit Court of Cook county; the Hon. Charles M. Walker, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1907. Affirmed. Opinion filed October 20, 1908.

Charles C. Arnold and Joseph P. Eames, for appellant.

Lawrence P. Conover and Joseph Granick, for appellee.

Mr. Justice Baker delivered the opinion of the court.